**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

AIMON TUSHA,                                     )
                                                 )
                          Plaintiff,             )
                                                 )
              v.                                 )          Civil Action No. 21-521
                                                 )
STANLEY GREENFIELD,                              )
                                                 )
                          Defendant              )
                                                 )

## ORDER OF COURT

AND NOW this 1st day of March, 2022, for the reasons set forth in the accompanying opinion, Tusha's objections to the R&R (ECF No. 34) are overruled and the R&R is adopted in part as the opinion of the court, as supplemented in the accompanying opinion.  It is further ORDERED that Defendant's motion to strike the second COM (ECF No. 26) is GRANTED.  It is further ORDERED that Defendant's motion to dismiss the complaint (ECF No. 19) is GRANTED as follows: counts 1, 2, 4, 5 and 6 are dismissed with prejudice with respect to conduct beyond the two-year statute of limitations, and without prejudice to Tusha's ability to file an amended complaint with respect to conduct within the two-year statute of limitations; and count 3 is dismissed without prejudice.  If Tusha intends to file an amended complaint, he must do so on or before March 29, 2022.

BY THE COURT:

 /s/ *Joy Flowers Conti*
Joy Flowers Conti
Senior United States District Judge

1