## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SIMON TUSHA, | ) | |
| | ) | Case No. 2:21-CV-00521-CRE |
| Plaintiff, | ) | |
| v. | ) | |
| STANLEY GREENFIELD | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 12th day of April, 2022, upon consideration of the Motion to Enter Judgment, said Motion is GRANTED and it is ORDERED that the Plaintiff's only remaining claim, Count Three, is dismissed with prejudice for failure to timely amend. It is further ORDERED this Order constitutes the Entry of Final Judgment in this matter against Plaintiff as to all claims against Defendant.  The Clerk shall mark this case closed.

s/Joy Flowers Conti
Hon Joy Flowers Conti,
Senior U.S. District Judge.

{00440328.DOCX:1}          1